David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Eva M. Smith*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Eva M. Smith,<br><br>                      Plaintiff,<br><br>v.<br><br>KAY JEWELERS, NISSAN MOTOR ACCEPTANCE AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                      Defendants. | **Case No. 2:15-cv-02457-JAD-NJK**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**<br><br>ECF No. 22 |

Plaintiff Eva M. Smith and EXPERIAN INFORMATION SOLUTIONS, INC. hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

…

…

…

…

…

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to,** **EXPERIAN INFORMATION SOLUTIONS, INC.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:                    August 23, 2016

| | |
|---|---|
| By: | By: |
| /s/David H. Krieger, Esq. | /s/ Jennifer L. Braster, Esq. |
| David H. Krieger, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 9086 | Maupin Naylor Braster |
| HAINES & KRIEGER, LLC | 1050 Indigo Drive |
| 8985 S. Eastern Avenue | Suite 112 |
| Suite 350 | Las Vegas, NV 89145 |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | *Attorney for Defendant Experian Information Solutions, Inc.* |

## ORDER

Based on the remaining parties' stipulation [ECF No. 22] and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____  _____
UNITED STATES DISTRICT JUDGE

August 26, 2016
DATED: _____